# Exhibit 2

| US10887364 | beIN SPORTS ("The accused instrumentality") |
|---|---|
| 20. A system of a broadcaster streaming media content on the Internet comprising: | The accused instrumentality discloses utilizing a system (e.g., a backend system of a content provider, etc.) of a broadcaster (e.g., a content provider) streaming media content (e.g., sports news, videos, etc.) on the Internet.<br><br>As shown below, the accused instrumentality receives media from content provider facilities and streams it to viewers over the internet via its website and apps. It allows viewers to watch sports news, videos, etc.<br><br> |

https://www.beinsports.com/en-us



https://play.google.com/store/apps/details?id=com.beinsports.andcontent&hl=en_US



**beIN SPORTS**

About this app ✕

beIN SPORTS is your one-stop shop for all the latest sports news, videos, highlights, scores, standings, and exclusive analysis for the sports, leagues & stars you love!

Why are we different?

- Personalised experience. Choose your favourite sports, leagues, and teams & we'll curate the best content, just for you.
- Live match push notifications. Receive goal and other alerts during live matches of your favourite teams
- Exclusive highlights. Watch the latest goals from the best leagues on beIN SPORTS.
- Top news & results widget makes the best of beIN SPORTS available at a glance

https://play.google.com/store/apps/details?id=com.beinsports.andcontent&hl=en_US



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089?videopage=true

"beIN SPORTS and beIN SPORTS CONNECT will offer unrivaled coverage of the upcoming soccer seasons, featuring exclusive coverage of some of the best leagues in the world. With so many live matches that can't be seen anywhere else, we are confident that beIN SPORTS CONNECT will offer soccer and international sport fans a one of a kind TV everywhere experience," said Yousef Al-Obaidly, Deputy CEO, beIN Media Group.

France's Ligue 1 commences on August 9, and both Spain's La Liga and Italy's Serie A kick-off on August 23.  Viewers will be able to watch the stars of the recently concluded World Cup including player of the tournament Lionel Messi and top scorer James Rodriguez, as well as Superstars Cristiano Ronaldo, Neymar, Andrea Pirlo, David Luiz, & Memo Ochoa among others, who all play in leagues covered exclusively on beIN SPORTS and beIN Sports CONNECT.

https://www.prnewswire.com/news-releases/bein-sports-to-launch-bein-sports-connect-268174932.html

| a. a computing system of the broadcaster configured to receive broadcast media content from facilities of the broadcaster; | The accused instrumentality discloses a computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to receive broadcast media content (e.g., sports news, videos, etc.) from facilities of the broadcaster (e.g., a content provider). <br><br> As shown below, the accused instrumentality receives media content from broadcast facilities. |



**beIN SPORTS**

About this app

beIN SPORTS is your one-stop shop for all the latest sports news, videos, highlights, scores, standings, and exclusive analysis for the sports, leagues & stars you love!

Why are we different?

- Personalised experience. Choose your favourite sports, leagues, and teams & we'll curate the best content, just for you.
- Live match push notifications. Receive goal and other alerts during live matches of your favourite teams
- Exclusive highlights. Watch the latest goals from the best leagues on beIN SPORTS.
- Top news & results widget makes the best of beIN SPORTS available at a glance

https://play.google.com/store/apps/details?id=com.beinsports.andcontent&hl=en_US

"beIN SPORTS and beIN SPORTS CONNECT will offer unrivaled coverage of the upcoming soccer seasons, featuring exclusive coverage of some of the best leagues in the world. With so many live matches that can't be seen anywhere else, we are confident that beIN SPORTS CONNECT will offer soccer and international sport fans a one of a kind TV everywhere experience," said Yousef Al-Obaidly, Deputy CEO, beIN Media Group.

France's Ligue 1 commences on August 9, and both Spain's La Liga and Italy's Serie A kick-off on August 23. Viewers will be able to watch the stars of the recently concluded World Cup including player of the tournament Lionel Messi and top scorer James Rodriguez, as well as Superstars Cristiano Ronaldo, Neymar, Andrea Pirlo, David Luiz, & Memo Ochoa among others, who all play in leagues covered exclusively on beIN SPORTS and beIN Sports CONNECT.

https://www.prnewswire.com/news-releases/bein-sports-to-launch-bein-sports-connect-268174932.html

Launched in 2012, beIN SPORTS is a network that offers viewers in North America world-class sports content and entertainment across multiple platforms including TV channels beIN SPORTS and beIN SPORTS en Español, live streaming on beIN SPORTS CONNECT and free English-language channel, beIN SPORTS XTRA. beIN SPORTS North America, is part of the global beIN MEDIA GROUP and it is based in Miami, FL. Supporting nine channels and six streaming platforms requires that their broadcast operations team delivers constant high-resolution content. Every day, terabytes of pre-recorded content, sporting events, news packages, interviews, highlight clips, and promo materials are moving in and out of beIN SPORTS. There is a time-sensitive delivery challenge which involves a meticulous coordination with internal departments, freelancers, ad agencies, and overseas production companies.

https://www.sportsvideo.org/2024/03/11/case-study-bein-sports-relies-on-the-signiant-platform-for-production-file-movement/

**The Solution**

Reliability and speed are premium requirements for beIN SPORTS to deliver their world-class content to thousands of fans. Signiant Media Shuttle provides the network with a platform to accelerate content transfers for broadcast operations and remote production teams to meet tight deadlines regardless of where the content originates.

https://www.sportsvideo.org/2024/03/11/case-study-bein-sports-relies-on-the-signiant-platform-for-production-file-movement/

beIN Sports is a leading player in **international sports broadcasting**. It delivers the finest programming from the world of sports covering major top divisions and tournaments in football, motorsports, tennis, rugby, and boxing. Qvest has helped the member of beIN Media Group build one of the world's biggest media centers for **TV processing**, **production**, and **broadcast of live sports and sport news** on the beIN Sports campus in Doha.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089?videopage=true

| | |
|---|---|
| | Audience and viewer behavior have undergone significant changes over the past years. **Live streaming** on the internet and via mobile apps, **multi-media libraries**, and **video on demand platforms** (VoD) enable access to TV content regardless of location and time. Here beIN Sports scores again by using additional distribution channels to bring home both major and other sports to everyone, the broadcaster reaches a wide audience as well as special interest groups.<br><br>All kinds of content that has been recorded, processed, or stored can be **tailored to individual target groups** and **made available via online distribution channels and VoD offerings**. At the same time, in just a few steps all content can be made available via internal and external content delivery networks (CDNs) for desktop or mobile applications.<br>https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports |
| b. the computing system of the broadcaster configured to stream the broadcast media content on the Internet to audience web pages; | The accused instrumentality discloses the computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to stream the broadcast media content (e.g., sports news, videos, etc.) on the Internet to audience web pages (e.g., a web page of the accused instrumentality).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (beinsports.com). |

 **beIN SPORTS**

About this app



beIN SPORTS is your one-stop shop for all the latest sports news, videos, highlights, scores, standings, and exclusive analysis for the sports, leagues & stars you love!

Why are we different?

- Personalised experience. Choose your favourite sports, leagues, and teams & we'll curate the best content, just for you.
- Live match push notifications. Receive goal and other alerts during live matches of your favourite teams
- Exclusive highlights. Watch the latest goals from the best leagues on beIN SPORTS.
- Top news & results widget makes the best of beIN SPORTS available at a glance

https://play.google.com/store/apps/details?id=com.beinsports.andcontent&hl=en_US

"beIN SPORTS and beIN SPORTS CONNECT will offer unrivaled coverage of the upcoming soccer seasons, featuring exclusive coverage of some of the best leagues in the world. With so many live matches that can't be seen anywhere else, we are confident that beIN SPORTS CONNECT will offer soccer and international sport fans a one of a kind TV everywhere experience," said Yousef Al-Obaidly, Deputy CEO, beIN Media Group.

France's Ligue 1 commences on August 9, and both Spain's La Liga and Italy's Serie A kick-off on August 23.  Viewers will be able to watch the stars of the recently concluded World Cup including player of the tournament Lionel Messi and top scorer James Rodriguez, as well as Superstars Cristiano Ronaldo, Neymar, Andrea Pirlo, David Luiz, & Memo Ochoa among others, who all play in leagues covered exclusively on beIN SPORTS and beIN Sports CONNECT.

https://www.prnewswire.com/news-releases/bein-sports-to-launch-bein-sports-connect-268174932.html



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089?videopage=true

Launched in 2012, beIN SPORTS is a network that offers viewers in North America world-class sports content and entertainment across multiple platforms including TV channels beIN SPORTS and beIN SPORTS en Español, live streaming on beIN SPORTS CONNECT and free English-language channel, beIN SPORTS XTRA. beIN SPORTS North America, is part of the global beIN MEDIA GROUP and it is based in Miami, FL. Supporting nine channels and six streaming platforms requires that their broadcast operations team delivers constant high-resolution content. Every day, terabytes of pre-recorded content, sporting events, news packages, interviews, highlight clips, and promo materials are moving in and out of beIN SPORTS. There is a time-sensitive delivery challenge which involves a meticulous coordination with internal departments, freelancers, ad agencies, and overseas production companies.

https://www.sportsvideo.org/2024/03/11/case-study-bein-sports-relies-on-the-signiant-platform-for-production-file-movement/

**The Solution**

Reliability and speed are premium requirements for beIN SPORTS to deliver their world-class content to thousands of fans. Signiant Media Shuttle provides the network with a platform to accelerate content transfers for broadcast operations and remote production teams to meet tight deadlines regardless of where the content originates.

https://www.sportsvideo.org/2024/03/11/case-study-bein-sports-relies-on-the-signiant-platform-for-production-file-movement/

beIN Sports is a leading player in **international sports broadcasting**. It delivers the finest programming from the world of sports covering major top divisions and tournaments in football, motorsports, tennis, rugby, and boxing. Qvest has helped the member of beIN Media Group build one of the world's biggest media centers for **TV processing**, **production**, and **broadcast of live sports and sport news** on the beIN Sports campus in Doha.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports

| | |
|---|---|
| | Audience and viewer behavior have undergone significant changes over the past years. **Live streaming** on the internet and via mobile apps, **multi-media libraries**, and **video on demand platforms** (VoD) enable access to TV content regardless of location and time. Here beIN Sports scores again by using additional distribution channels to bring home both major and other sports to everyone, the broadcaster reaches a wide audience as well as special interest groups.<br><br>All kinds of content that has been recorded, processed, or stored can be **tailored to individual target groups** and **made available via online distribution channels and VoD offerings**. At the same time, in just a few steps all content can be made available via internal and external content delivery networks (CDNs) for desktop or mobile applications.<br>https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports |



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089



*Source: Fiddler Capture*



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

<table>
<tr><td></td><td>

Content Delivery Network (CDN) lies the idea of edge servers and Points of Presence (Pop). Edge servers are strategically distributed across the globe to cache and serve content to users from locations closer to them, reducing the physical distance data must travel. A Pop is a network access point that houses one or more edge servers, strategically placed in high-demand or geographically significant areas to optimize content delivery. This decentralized architecture ensures that users, regardless of their location, experience faster load times and lower latency by accessing data from the nearest Pop rather than a central server located far away.



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

</td></tr>
<tr><td>

c. audience web pages presented to users by a web server of the broadcaster and configured to play the streamed broadcast media

</td><td>

The accused instrumentality discloses audience web pages (e.g., a web page of the accused instrumentality) presented to users (e.g., viewers) by a web server (e.g., an edge server) of the broadcaster (e.g., a content provider) and configured to play the streamed broadcast media content (e.g., sports news, videos, etc.).

As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, the embedded media player on the webpage requests the video segments from streaming

</td></tr>
</table>

| content; | servers. The media streams through the Internet to web pages (beinsports.com). The web pages that viewers access on beIN SPORTS website, are delivered from beIN SPORTS edge servers that are located geographically closer to users to improve speed. These edge servers act as the web servers of the broadcaster (beIN SPORTS) and are responsible for hosting and serving the HTML, JavaScript, and media player components that make up each news video.<br><br><br>beIN SPORTS<br>About this app<br><br>beIN SPORTS is your one-stop shop for all the latest sports news, videos, highlights, scores, standings, and exclusive analysis for the sports, leagues & stars you love!<br><br>Why are we different?<br><br>- Personalised experience. Choose your favourite sports, leagues, and teams & we'll curate the best content, just for you.<br>- Live match push notifications. Receive goal and other alerts during live matches of your favourite teams<br>- Exclusive highlights. Watch the latest goals from the best leagues on beIN SPORTS.<br>- Top news & results widget makes the best of beIN SPORTS available at a glance<br><br>https://play.google.com/store/apps/details?id=com.beinsports.andcontent&hl=en_US |
| --- | --- |



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089?videopage=true

Launched in 2012, beIN SPORTS is a network that offers viewers in North America world-class sports content and entertainment across multiple platforms including TV channels beIN SPORTS and beIN SPORTS en Español, live streaming on beIN SPORTS CONNECT and free English-language channel, beIN SPORTS XTRA. beIN SPORTS North America, is part of the global beIN MEDIA GROUP and it is based in Miami, FL. Supporting nine channels and six streaming platforms requires that their broadcast operations team delivers constant high-resolution content. Every day, terabytes of pre-recorded content, sporting events, news packages, interviews, highlight clips, and promo materials are moving in and out of beIN SPORTS. There is a time-sensitive delivery challenge which involves a meticulous coordination with internal departments, freelancers, ad agencies, and overseas production companies.

https://www.sportsvideo.org/2024/03/11/case-study-bein-sports-relies-on-the-signiant-platform-for-production-file-movement/

**The Solution**

Reliability and speed are premium requirements for beIN SPORTS to deliver their world-class content to thousands of fans. Signiant Media Shuttle provides the network with a platform to accelerate content transfers for broadcast operations and remote production teams to meet tight deadlines regardless of where the content originates.

https://www.sportsvideo.org/2024/03/11/case-study-bein-sports-relies-on-the-signiant-platform-for-production-file-movement/

beIN Sports is a leading player in **international sports broadcasting**. It delivers the finest programming from the world of sports covering major top divisions and tournaments in football, motorsports, tennis, rugby, and boxing. Qvest has helped the member of beIN Media Group build one of the world's biggest media centers for **TV processing**, **production**, and **broadcast of live sports and sport news** on the beIN Sports campus in Doha.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports

Audience and viewer behavior have undergone significant changes over the past years. **Live streaming** on the internet and via mobile apps, **multi-media libraries**, and **video on demand platforms** (VoD) enable access to TV content regardless of location and time. Here beIN Sports scores again by using additional distribution channels to bring home both major and other sports to everyone, the broadcaster reaches a wide audience as well as special interest groups.

All kinds of content that has been recorded, processed, or stored can be **tailored to individual target groups** and **made available via online distribution channels and VoD offerings**. At the same time, in just a few steps all content can be made available via internal and external content delivery networks (CDNs) for desktop or mobile applications.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089



*Source: Fiddler Capture*



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

<table>
<tr><td></td><td>Content Delivery Network (CDN) lies the idea of edge servers and Points of Presence (Pop). Edge servers are strategically distributed across the globe to cache and serve content to users from locations closer to them, reducing the physical distance data must travel. A Pop is a network access point that houses one or more edge servers, strategically placed in high-demand or geographically significant areas to optimize content delivery. This decentralized architecture ensures that users, regardless of their location, experience faster load times and lower latency by accessing data from the nearest Pop rather than a central server located far away.



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8</td></tr>
<tr><td>d. the computing system of the broadcaster configured to receive a trigger message originated by a system of the</td><td>The accused instrumentality discloses the computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to receive a trigger message (e.g., an "Up Next" trigger message) originated by a system of the broadcaster (e.g., an automation system of the broadcaster, etc.), and, in response to the trigger message (e.g., an "Up Next" trigger message), to create a script command (e.g., computer instructions, etc.) specifying a supplemental media stream (e.g., another sports news, videos, etc.) and associated audience web page (e.g., a web page of the accused instrumentality) reconfiguration data (e.g., changed layout, etc.) to accommodate the supplemental media stream (e.g., another sports news,</td></tr>
</table>

| | |
|---|---|
| broadcaster, and, in response to the trigger message, to create a script command specifying a supplemental media stream and associated audience web page reconfiguration data to accommodate the supplemental media stream;<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or additional content, is played or shown, other* | videos, etc.).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (beinsports.com). An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations.<br>During playback, an "Up Next" trigger message is generated by the broadcaster's automation system to indicate that another video is scheduled to be presented to the viewer. When the accused instrumentality receives the "Up Next" trigger message, the system processes the trigger and generates a script command to be executed on the audience's web page. This script command defines what change must occur on the audience's web page, such as modifying the video player area, etc. Once generated, the command is sent to the user's browser to be executed. The web interface is updated to accommodate the additional content. |

| | |
|---|---|
| *display elements or regions can be resized, moved, hidden, shown, dimmed, highlighted.* | <br><br>beIN SPORTS is your one-stop shop for all the latest sports news, videos, highlights, scores, standings, and exclusive analysis for the sports, leagues & stars you love!<br><br>Why are we different?<br><br>- Personalised experience. Choose your favourite sports, leagues, and teams & we'll curate the best content, just for you.<br>- Live match push notifications. Receive goal and other alerts during live matches of your favourite teams<br>- Exclusive highlights. Watch the latest goals from the best leagues on beIN SPORTS.<br>- Top news & results widget makes the best of beIN SPORTS available at a glance<br><br>https://play.google.com/store/apps/details?id=com.beinsports.andcontent&hl=en_US |

Launched in 2012, beIN SPORTS is a network that offers viewers in North America world-class sports content and entertainment across multiple platforms including TV channels beIN SPORTS and beIN SPORTS en Español, live streaming on beIN SPORTS CONNECT and free English-language channel, beIN SPORTS XTRA. beIN SPORTS North America, is part of the global beIN MEDIA GROUP and it is based in Miami, FL. Supporting nine channels and six streaming platforms requires that their broadcast operations team delivers constant high-resolution content. Every day, terabytes of pre-recorded content, sporting events, news packages, interviews, highlight clips, and promo materials are moving in and out of beIN SPORTS. There is a time-sensitive delivery challenge which involves a meticulous coordination with internal departments, freelancers, ad agencies, and overseas production companies.

https://www.sportsvideo.org/2024/03/11/case-study-bein-sports-relies-on-the-signiant-platform-for-production-file-movement/

beIN Sports is a leading player in **international sports broadcasting**. It delivers the finest programming from the world of sports covering major top divisions and tournaments in football, motorsports, tennis, rugby, and boxing. Qvest has helped the member of beIN Media Group build one of the world's biggest media centers for **TV processing**, **production**, and **broadcast of live sports and sport news** on the beIN Sports campus in Doha.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports

Audience and viewer behavior have undergone significant changes over the past years. **Live streaming** on the internet and via mobile apps, **multi-media libraries**, and **video on demand platforms** (VoD) enable access to TV content regardless of location and time. Here beIN Sports scores again by using additional distribution channels to bring home both major and other sports to everyone, the broadcaster reaches a wide audience as well as special interest groups.

All kinds of content that has been recorded, processed, or stored can be **tailored to individual target groups** and **made available via online distribution channels and VoD offerings**. At the same time, in just a few steps all content can be made available via internal and external content delivery networks (CDNs) for desktop or mobile applications.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports

When a video is playing on the accused instrumentality's web page, the accused instrumentality generates an "Up Next" trigger indicating that another video is scheduled to be presented to the viewer. In response, the platform displays an additional video (e.g.,

supplemental media stream) within an on-screen overlay. The accused instrumentality dynamically updates the layout of the web page to accommodate the additional content.



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089

| | |
|---|---|
| e. the computing system of the broadcaster configured to send the script command to the | The accused instrumentality discloses the computing system of the broadcaster (e.g., servers, etc.) configured to send the script command (e.g., computer instructions, etc.) to the audience web pages (e.g., a webpage of the accused instrumentality) in association with the streamed broadcast media content (e.g., sports news, videos, etc.).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks |

| | |
|---|---|
| audience web pages in association with the streamed broadcast media content; and, | (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (beinsports.com). An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations.<br><br>During playback, an "Up Next" trigger message is generated by the broadcaster's automation system to indicate that another video is scheduled to be presented to the viewer. When the accused instrumentality receives the "Up Next" trigger message, the system processes the trigger and generates a script command to be executed on the audience's web page. This script command defines what change must occur on the audience's web page, such as modifying the video player area, etc. Once generated, the command is sent to the user's browser to be executed. The web interface is updated to accommodate the additional content. |



**beIN SPORTS**

About this app                                                            ✕

beIN SPORTS is your one-stop shop for all the latest sports news, videos, highlights, scores, standings, and exclusive analysis for the sports, leagues & stars you love!

Why are we different?

- Personalised experience. Choose your favourite sports, leagues, and teams & we'll curate the best content, just for you.
- Live match push notifications. Receive goal and other alerts during live matches of your favourite teams
- Exclusive highlights. Watch the latest goals from the best leagues on beIN SPORTS.
- Top news & results widget makes the best of beIN SPORTS available at a glance

https://play.google.com/store/apps/details?id=com.beinsports.andcontent&hl=en_US

Launched in 2012, beIN SPORTS is a network that offers viewers in North America world-class sports content and entertainment across multiple platforms including TV channels beIN SPORTS and beIN SPORTS en Español, live streaming on beIN SPORTS CONNECT and free English-language channel, beIN SPORTS XTRA. beIN SPORTS North America, is part of the global beIN MEDIA GROUP and it is based in Miami, FL. Supporting nine channels and six streaming platforms requires that their broadcast operations team delivers constant high-resolution content. Every day, terabytes of pre-recorded content, sporting events, news packages, interviews, highlight clips, and promo materials are moving in and out of beIN SPORTS. There is a time-sensitive delivery challenge which involves a meticulous coordination with internal departments, freelancers, ad agencies, and overseas production companies.

https://www.sportsvideo.org/2024/03/11/case-study-bein-sports-relies-on-the-signiant-platform-for-production-file-movement/

beIN Sports is a leading player in **international sports broadcasting.** It delivers the finest programming from the world of sports covering major top divisions and tournaments in football, motorsports, tennis, rugby, and boxing. Qvest has helped the member of beIN Media Group build one of the world's biggest media centers for **TV processing, production,** and **broadcast of live sports and sport news** on the beIN Sports campus in Doha.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports

Audience and viewer behavior have undergone significant changes over the past years. **Live streaming** on the internet and via mobile apps, **multi-media libraries,** and **video on demand platforms** (VoD) enable access to TV content regardless of location and time. Here beIN Sports scores again by using additional distribution channels to bring home both major and other sports to everyone, the broadcaster reaches a wide audience as well as special interest groups.

All kinds of content that has been recorded, processed, or stored can be **tailored to individual target groups** and **made available via online distribution channels and VoD offerings.** At the same time, in just a few steps all content can be made available via internal and external content delivery networks (CDNs) for desktop or mobile applications.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports

When a video is playing on the accused instrumentality's web page, the accused instrumentality generates an "Up Next" trigger indicating that another video is scheduled to be presented to the viewer. In response, the platform displays an additional video (e.g.,

supplemental media stream) within an on-screen overlay. The accused instrumentality dynamically updates the layout of the web page to accommodate the additional content.



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089

| f. software of the audience web pages configured to receive the | The accused instrumentality discloses software (e.g., embedded media player, etc.) of the audience web pages (e.g., a web page of the accused instrumentality) configured to receive the script command (e.g., computer instructions, etc.) and to execute the instructions of the script command (e.g., computer instructions, etc.) to reconfigure the layout (e.g., layout of web |

| | |
|---|---|
| script command and to execute the instructions of the script command to reconfigure the layout of the audience web page for presentation of the supplemental media stream, and to access and play the supplemental media stream.<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or additional content, is played or shown, other* | interface, etc.) of the audience web page pages (e.g., a web page of the accused instrumentality) for presentation of the supplemental media stream (e.g., another sports news, videos, etc.), and to access and play the supplemental media stream (e.g., another sports news, videos, etc.).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (beinsports.com). An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations.<br>During playback, an "Up Next" trigger message is generated by the broadcaster's automation system to indicate that another video is scheduled to be presented to the viewer. When the accused instrumentality receives the "Up Next" trigger message, the system processes the trigger and generates a script command to be executed on the audience's web page. This script command defines what change must occur on the audience's web page, such as modifying the video player area, etc. Once generated, the command is sent to the user's browser to be executed. The web interface is updated to accommodate the additional content. |

| | |
|---|---|
| *display elements or regions can be resized, moved, hidden, shown, dimmed, highlighted.* | <br>**beIN SPORTS**<br>About this app    ✕<br><br>beIN SPORTS is your one-stop shop for all the latest sports news, videos, highlights, scores, standings, and exclusive analysis for the sports, leagues & stars you love!<br><br>Why are we different?<br><br>- Personalised experience. Choose your favourite sports, leagues, and teams & we'll curate the best content, just for you.<br>- Live match push notifications. Receive goal and other alerts during live matches of your favourite teams<br>- Exclusive highlights. Watch the latest goals from the best leagues on beIN SPORTS.<br>- Top news & results widget makes the best of beIN SPORTS available at a glance<br><br>https://play.google.com/store/apps/details?id=com.beinsports.andcontent&hl=en_US |

Launched in 2012, beIN SPORTS is a network that offers viewers in North America world-class sports content and entertainment across multiple platforms including TV channels beIN SPORTS and beIN SPORTS en Español, live streaming on beIN SPORTS CONNECT and free English-language channel, beIN SPORTS XTRA. beIN SPORTS North America, is part of the global beIN MEDIA GROUP and it is based in Miami, FL. Supporting nine channels and six streaming platforms requires that their broadcast operations team delivers constant high-resolution content. Every day, terabytes of pre-recorded content, sporting events, news packages, interviews, highlight clips, and promo materials are moving in and out of beIN SPORTS. There is a time-sensitive delivery challenge which involves a meticulous coordination with internal departments, freelancers, ad agencies, and overseas production companies.

https://www.sportsvideo.org/2024/03/11/case-study-bein-sports-relies-on-the-signiant-platform-for-production-file-movement/

beIN Sports is a leading player in **international sports broadcasting**. It delivers the finest programming from the world of sports covering major top divisions and tournaments in football, motorsports, tennis, rugby, and boxing. Qvest has helped the member of beIN Media Group build one of the world's biggest media centers for **TV processing**, **production**, and **broadcast of live sports and sport news** on the beIN Sports campus in Doha.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports

Audience and viewer behavior have undergone significant changes over the past years. **Live streaming** on the internet and via mobile apps, **multi-media libraries**, and **video on demand platforms** (VoD) enable access to TV content regardless of location and time. Here beIN Sports scores again by using additional distribution channels to bring home both major and other sports to everyone, the broadcaster reaches a wide audience as well as special interest groups.

All kinds of content that has been recorded, processed, or stored can be **tailored to individual target groups** and **made available via online distribution channels and VoD offerings**. At the same time, in just a few steps all content can be made available via internal and external content delivery networks (CDNs) for desktop or mobile applications.

https://www.qvest.com/en/insights/new-broadcasting-center-for-bein-sports

When a video is playing on the accused instrumentality's web page, the accused instrumentality generates an "Up Next" trigger indicating that another video is scheduled to be

presented to the viewer. In response, the platform displays an additional video (e.g., supplemental media stream) within an on-screen overlay. The accused instrumentality dynamically updates the layout of the web page to accommodate the additional content.



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089



https://www.beinsports.com/en-us/soccer/conmebol-libertadores/articles-video/alianza-lima-eliminated-from-the-libertadores-after-falling-short-against-2-de-mayo-2026-02-12-alianza_lima_queda_eliminado_de_la_libertadores_tr_eef2089